FILED: November 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2202

(1:13-cv-01531-JCC-TRJ)

_____

LEE PELE

        Plaintiff - Appellant

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, d/b/a American Education Services

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cv-01531-JCC-TRJ |
| Date notice of appeal filed in originating court: | 10/31/2014 |
| Appellant (s) | Lee Pele |
| Appellate Case Number | 14-2202 |
| Case Manager | Michael Radday<br>804-916-2702 |