# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 14-2202
(1:13-cv-01531-JCC-TRJ)

———————————

LEE PELE,
Plaintiff - Appellant

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,
d/b/a American Education Services,
Defendant – Appellee.

———————————

**APPELLEE'S OBJECTION TO
APPELLANT'S DOCKETING STATEMENT**

———————————

On Appeal From the United States District Court
For the Eastern District of Virginia
Alexandria Division

———————————

Joseph P. Esposito
William E. Potts, Jr.
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
*Counsel for Appellee, Pennsylvania
Higher Education Assistance Agency*

Jill Marie deGraffenreid
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7498
Facsimile: (703) 714-7410
*Counsel for Appellee, Pennsylvania
Higher Education Assistance Agency*

Appellee Pennsylvania Higher Education Assistance Agency ("PHEAA") objects to the following portions of Appellant Lee Pele's Docketing Statement [Doc. No. 6]:

1.      Page 1 ("Jurisdiction"):  Appellee indicated that he filed the notice of appeal on October 30, 2014, when in fact he filed it on October 31, 2014.  *See* Notice of Appeal, Case No. 13-CV-1531, Dkt. No. 096, attached as Exhibit "A."

2.      Page 2 ("Case Handling Requirements"):  When asked for the "[c]ase number of any prior appeal in same case," Appellee responded, "Same issues in Oberg v. PHEAA: 12-2513."  But *Oberg v PHEAA*, No. 12-2513, is an entirely separate case involving a different plaintiff with no connection to the present appeal.  There has been no prior appeal in *this* case.  Thus, Pele's statement is inaccurate and should be stricken from the Docketing Statement.

Therefore, the Court should enter an Order correcting the Docketing Statement to reflect the proper date of filing of the Notice of Appeal, and to indicate that there has been no prior appeal in this case.

Respectfully submitted,

_____/s/_____
Joseph P. Esposito
William E. Potts, Jr.
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
Email:  jesposito@hunton.com
Email:  wpotts@hunton.com
*Counsel for Appellee, Pennsylvania Higher*
*Education Assistance Agency*

Jill Marie deGraffenreid
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Telephone:  (703) 714-7498
Facsimile:  (703) 714-7410
Email:  jdegraffenreid@hunton.com
*Counsel for Appellee, Pennsylvania Higher*
*Education Assistance Agency*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 20, 2014, the foregoing document was served on

all parties or their counsel of record through the CM/ECF system.

/s/
_____
Jill Marie deGraffenreid
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive
Suite 1700
McLean, Virginia 22102
Telephone:  (703) 714-7498
Facsimile:  (703) 714-7410
Email:  jdegraffenreid@hunton.com
*Counsel for Appellee, Pennsylvania Higher
Education Assistance Agency*
